UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD GAETH,<br><br>              Plaintiff,<br><br>   v.<br><br>HUNTER WARFIELD, a foreign corporation and ADVENIR, LLC, a foreign limited liability company,<br><br>              Defendants. | CASE NO. 2:22-cv-00156-JHC<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS |

      This matter comes before the Court on Defendants' Motion to Dismiss. Dkt. # 6. The motion is unopposed. For the reasons provided by Defendants, the Court GRANTS the motion in part. The Court DISMISSES this action without prejudice.

      The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

      Dated this 22nd day of June, 2022.

*John H. Chun*

John H. Chun
United States District Judge

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS - 1